IN THE UNITED STATES DISCTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 16-2021-CA-001759
3-22-cv-00424

**SONDRA CRUM**,

        Plaintiff,

vs.

**R.J CORMAN RAILROAD CONSTRUCTION, LLC.**, a Foreign Limited Liability Company, **ROBERT SPALDING,** as individual employee of R.J CORMAN RAILROAD CONSTRUCTION, LLC., and **METROPOLITAN CASUALTY INSURANCE COMPANY,** a Foreign Profit Corporation**,**

        Defendants.
_____/

**ROPOSAL FOR SETTLEMENT**

COMES NOW the Plaintiff, **SONDRA CRUM**, by and through the undersigned attorneys, and hereby proposes settlement in the above-styled cause as follows:

Plaintiff, **SONDRA CRUM**, by and through the undersigned counsel offers to settle the claim or claims identified below against Defendant, **METROPOLITAN CASUALTY INSURANCE COMPANY**. with reference to the above-styled case.  Plaintiff's proposal for settlement is as follows:

1.    BASIS FOR PROPOSAL. This proposal is made pursuant to Rule 1.442 of the Florida Rules of Civil Procedure and section 768.79 of the Florida Statutes.

2.    PARTY MAKING THIS PROPOSAL. This Proposal for Settlement is made by: Plaintiff, **SONDRA CRUM**.

3. PARTIES TO WHOM PROPOSAL IS BEING MADE. This Proposal for Settlement is made to the following party: Defendant, **METROPOLITAN CASUALTY INSURANCE COMPANY**.

4. PROPOSAL TO SETTLE ALL DAMAGES. This Proposal for Settlement resolves all damages that would otherwise be awarded in a final judgment in the above-styled action.

5. TOTAL AMOUNT OF PROPOSAL FOR SETTLEMENT. Plaintiff, **SONDRA CRUM**, proposes to settle all claims and damages against Defendant, **METROPOLITAN CASUALTY INSURANCE COMPANY** L for a total sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00).

6. RELEVANT CONDITIONS. Plaintiff states that if Defendant, **METROPOLITAN CASUALTY INSURANCE COMPANY**, accepts this Proposal for Settlement, Plaintiff, **SONDRA CRUM**, will dismiss all claims by Plaintiff against Defendant, **METROPOLITAN CASUALTY INSURANCE COMPANY** with prejudice.

7. PROPOSED AMOUNT FOR PUNITIVE DAMAGES, IF ANY. Plaintiff states that $0 dollars have been allocated to any punitive damages claim Plaintiff, **SONDRA CRUM**, have or may have against Defendant, **METROPOLITAN CASUALTY INSURANCE COMPANY**. Plaintiff states this proposed amount of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) is for Plaintiff's compensatory damages claim and does not include any amount for any punitive damages claim. However, acceptance of this Proposal for Settlement by Defendant will settle all claims pled by Plaintiff against said Defendant.

8. ATTORNEYS' FEE CLAIM: Plaintiff states attorney's fees are not a part of Plaintiff's claim against said Defendant. Accordingly, no portion of this Proposal for Settlement is separately allocated for attorney's fees. Each party shall bear their respective attorneys' fees and costs if the proposed settlement is accepted by said Defendant.

9. Pursuant to 768.79, Florida Statutes, this Proposal for Settlement shall be served on

the above-named party to whom it is being made but shall not be filed unless it is accepted or unless filing is necessary to enforce the provisions of this Rule.

## CERTIFICATE OF SERVICE

I hereby certify, as a registered participant who utilizes the Florida Courts E-Filing Portal, that a true and correct copy of the foregoing was filed and furnished electronically to all counsel of record and/or interested parties, this 5th day of August, 2022.

                                                      */s/ Eric Andeer*
                                                     Eric Andeer, Esq.
                                                     FBN 0088531
                                                     Morgan & Morgan, P.A.
                                                     76 S Laura Street Suite 1100
                                                     Jacksonville, FL  32202
                                                     Telephone:       (904) 417-4182
                                                     Facsimile:        (904) 417-4174
                                                     Email:   eandeer@forthepeople.com
                                                     vfarrell@forthepeople.com
                                                       Attorney for Plaintiff

Case 3:22-cv-00424-PDB   Document 18   Filed 08/05/22   Page 4 of 4 PageID 319